| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert W Ripley CSBN 51423<br>14440 Civic Dr Bldg A<br>Victorville, CA 92392<br>phone 760-243-4488<br>fax 760-245-1029<br>Email: bobripley@yahoo.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* debtors | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>Bruce John Greenman<br>Janet Sue Greenman<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:16-bk-14305-MJ<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w)<br>TO MODIFY PLAN OR<br>SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on  06/29/2016  .
   Plan payment amount(s): $ 1,086.00       per month.
   Length of plan:  60    months.
   Percentage paid to Class 5 general unsecured creditors: 100.000 %.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1          **F 3015-1.05.MOTION.MODIFY.SUSPEND**

4. There have been __1__ previous modification or suspension orders.
   Plan payments have been suspended for __1__ months and/or the plan has been extended for __0__ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):$ __1,550.00__ per month.
   Length of plan: __60__ months,
   Percentage paid to Class 5 general unsecured creditors: __100.00__%.

6. Proposed modification:
   - [ ] Suspend *(indicate number of plan payments)* _____ plan payments.
   - [ ] Extend the term by *(indicate number of months)* _____ month(s).
   - [x] Reduce the term by *(indicate number of months)* __35__ month(s).
   - [ ] Increase the plan payment from $_____ to $_____
     from (date) _____ to (date) _____.
   - [ ] Reduce the plan payment from $_____ to $_____
     from (date) _____ to (date) _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

   Debtor to sell residence with around 177,000 net to seller. Debtor wishes to pay off his Chapter 13.

   *File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable __25__ months after the first plan payment was due.

9. If this motion is granted:

   a. [x] There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   b. [ ] The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: __06/22/2018__      _____
                                                Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: __6/15/18__       _____
                                                Debtor

Date: __6/8/18__        _____
                                                Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 2           F 3015-1.05.MOTION.MODIFY.SUSPEND

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

14440 Civici Drive Bldg A
Victorville CA 92392

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6-21-18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6-21-18 | Robert Ripley III | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                     Page 2                              F 3015-1.05.NOTICE.MODIFY.SUSPEND

| | | |
|---|---|---|
| | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| | Alta One Federal Credit Union<br>P.O. Box 1209<br>Ridgecrest, CA 93556-1209 | AltaOne Federal Credit Union<br>701 S China Lake Blvd<br>Ridgecrest CA 93555-5027 |
| Hero Program<br>15073 Avenue of Science<br>San Diego, CA 92128-3452 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | |
| Lightstream<br>303 Peachtree Street<br>Atlanta, GA 30308-3201 | MUFG Union Bank, N.A<br>fka Union Bank, N.A.<br>P.O. Box 85600, 2-36D-224<br>San Diego CA 92186-5600 | Navy Federal Credit Union<br>P O Box 3000<br>Merrifield, VA 22119-3000 |
| Northland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Ocean Sands Ownership Assoc.<br>P.O. Box 1317<br>Atlantic Beach, NC 28512-1317 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Synchrony Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Union Bank of California<br>P.O. Box 51707<br>Los Angeles, CA 90051-6007 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine CA 92623-9657 | Wells Fargo Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 |

Home Depot
1500 Boltonfield St.
Columbus, OH 43228

Portfolio Recovery Associates, LLC
c/o The Home Depot
POB 41067
Norfolk VA 23541